ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVINDER ANAND, et al., | CASE NO. 1:26-cv-00337-KES-SKO |
| Plaintiffs, | STIPULATION AND UNOPPOSED MOTION ORDER FOR FIRST EXTENSION OF TIME; ORDER GRANTING STIPULATION AND CONTINUING INITIAL SCHEDULING CONFERENCE |
| v. | |
| JOSEPH EDLOW, Director, USCIS, | |
| Defendant. | (Doc. 5) |

Defendants respectfully request a first extension of time in which to respond to the Complaint, and Plaintiffs do not oppose. In this case, Plaintiffs Ravinder Anand, Aneet Anand, and Yashveer Anand, allege that the U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed the adjudication of thier Forms I-485, Application for Adjustment of Status, which were filed in October 2023. Since the filing of the complaint, USCIS issued Plaintiffs Requests for Evidence and Plaintiffs' response is due May 11, 2026. Once Plaintiffs' responses are receivded, USCIS will require time to review the response and complete its adjudication. The parties anticipate that this lawsuit may be rendered moot once USCIS completes its adjudication of Plaintiff's Application for Adjustment of Status.

///

///

///

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is August 10, 2026.  The parties further request that all other filing deadlines and any initial status conference be vacated or similarly extended and reset.

Dated:  February 19, 2026

ERIC GRANT
United States Attorney

By:  /s/ Shelley D. Weger
SHELLEY D. WEGER
Assistant United States Attorney

Dated: February 19, 2026

/s/ BERNARD P. WAOLFSDORF
BERNARD P. WAOLFSDORF
Counsel for Plaintiff

### ORDER

Having considered the stipulation and unopposed motion by and between Plaintiffs Ravinder Anand, Aneet Anand, and Yashveer Anand and Defendant Joseph Edlow, Director of USCIS, (Doc. 5), IT IS HEREBY ORDERED that Defendant shall have an extension through and including **August 10, 2026**, to respond or otherwise plead to Plaintiffs' Complaint.

The Initial Scheduling Conference, currently set for May 5, 2026, at 9:30 AM, is CONTINUED to **September 3, 2026, at 9:30 AM** in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.   The parties shall file a joint scheduling report one week prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **February 20, 2026**

**/s/** *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

2