# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RAVINDER ANAND, et al.,

Plaintiffs,

v.

JOSEPH EDLOW, Director of U.S. Citizenship & Immigration Services,

Defendant.

Case No.  1:26-cv-00337-KES-SKO

**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**

(Doc. 8)

On March 25, 2026, Plaintiffs filed a "Notice for Voluntary Dismissal," notifying the Court that this case is voluntarily dismissed without prejudice. (Doc. 8).  Plaintiffs filed this notice before the opposing party served either an answer or a motion for summary judgment.  As such, Plaintiffs has voluntarily dismissed this matter without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:  __**March 25, 2026**__          ____/s/ *Sheila K. Oberto*____

UNITED STATES MAGISTRATE JUDGE